[No. 71823-1-I. Division One. August 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RODOLFO
JEREZ-SOSA, *Appellant*.

 by unpublished opinion per Schindler, J.,
concurred in by Leach and Trickey, JJ.

[No. 71835-5-I. Division One. August 10, 2015.]

ANNETTE BAUGHMAN, *Individually and as Guardian*,
*Respondent*, v. GROUP HEALTH COOPERATIVE,
*Appellant*.

 by unpublished opinion per Becker, J.,
concurred in by Schindler and Lau, JJ.

[No. 72051-1-I. Division One. August 10, 2015.]

ALEX C. BARKLEY, *Appellant*, v. GREENPOINT MORTGAGE
FUNDING, INC., ET AL., *Defendants*, U.S. BANK
NATIONAL ASSOCIATION, *as Trustee*, ET AL.,
*Respondents*.

 by unpublished opinion per Leach, J., con-
curred in by Verellen, A.C.J., and Becker, J. Now published
at 190 Wn. App. 58.